Ole E. Larson, Respondent, v. Luemma H. Burroughs, Appellant.— Motion for reargument denied, with costs.  Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Gus Luckes, Plaintiff, v. Archibald K. Meserole, Defendant.— Motion denied, with costs.  Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Sophie Maass, Respondent, v. Marcus A. Rosenthal, Appellant.— Motion denied, without costs.  Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Benjamin Miller and Another, Respondents, v. Clara L. Allen, Appellant.— Motion denied, with costs.  Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

The New York and New Jersey Telephone Company, Respondent, v. Mendel Mendelson and Another, Appellants, Impleaded, etc.— Motion to dismiss appeal denied, without costs.  Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

The People of the State of New York, Respondent, v. William A. Ringe, Appellant.— Order resettled and signed.

The People of the State of New York ex rel. Alexander M. Ross, Appellant, v. John T. Dooling and Others, Composing the Board of Elections, etc., Respondents.— Motion denied, without costs.  Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Mariam Refka, Respondent, v. Salma Abdelnour, Appellant.— Motion to dismiss appeal granted, with costs.  Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Louis Richard, Respondent, v. Gustave X. Mathews, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs.  Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Richard Van Wyck Thorne and Others, as Executors, etc., Plaintiffs, v. Henry T. Carey and Others, as Executors, etc., Defendants.— Motion to dismiss appeal denied, with costs.  Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Richard L. Vaughan, Respondent, v. Firemen's Insurance Company of Newark, N. J., and Others, Appellants.— Motion to dismiss appeals denied, without costs, provided appeals are perfected within twenty days; otherwise motion granted, with costs.  Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Judicial Settlement of the Accounts of John R. Prote, as Administrator, etc., of Mary Louisa Nichols, Deceased.  John R. Prote, Appellant; John H. Kothe and Others, Respondents.— Decree of the Surrogate's Court of Westchester county affirmed, with costs, on the opinion of the surrogate (54 Misc. Rep. 495, and on the authority of *Matter of De Voe* (107 App. Div. 245; affd., 185 N. Y. 536).  Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Patrick Simpson, Respondent, v. The Foundation Company, Appellant.— Motion for reargument granted and case set down for Thursday, June 17, 1909.  Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ,